IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARKER OSTRANDER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, GARY H. HAMBLIN,
JAMES GREER, WILLIAM POLLARD,
RICHARD HEIDORN, CATHY JESS and
JIM SCHWOCHERT,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-228-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing Wisconsin Department of Corrections, Gary H. Hamblin, James Greer, William Pollard and Cathy Jess; and

(2) granting summary judgment in favor of Richard Heidorn and Jim Schwochert, dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____        10/13/2011
Peter Oppeneer, Clerk of Court                     Date