IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PARKER OSTRANDER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, GARY H. HAMBLIN,
JAMES GREER, WILLIAM POLLARD,
RICHARD HEIDORN, CATHY JESS and
JIM SCHWOCHERT,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-228-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing Wisconsin Department of Corrections, Gary H. Hamblin, James Greer, William Pollard and Cathy Jess; and

    (2) granting summary judgment in favor of Richard Heidorn and Jim Schwochert, dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____      _____
Peter Oppeneer, Clerk of Court                        Date

10/13/2011